AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

District: SOUTHERN

00-2457 CIV-LENARD
MAGISTRATE JUDGE SORRENTINO

| Name | Prisoner No. | Case No. |
|---|---|---|
| CURTIS CLAY | 551404 | 95-1191C / 97-391-A |

Place of Confinement:
Desoto Correctional Inst
P.O. Drawer 1072
Arcadia, Florida 34265

Name of Petitioner (include name under which convicted)

CURTIS CLAY

V.

Name of Respondent (authorized person having custody of petitioner)

MICHAEL MOORE, Secretary,
Florida Department of Corr.

The Attorney General of the State of:

Robert A. Butterworth

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __The Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida__

2. Date of judgment of conviction __August 15, 1995 and February 6, 1997__

3. Length of sentence __16-years 9-months state prison__

4. Nature of offense involved (all counts) __One count armed robbery, one count armed burglary (Case No. 95-1191C); One count of intent to deliver cocaine and possession of cocaine (Case No. 97-391-A).__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

cat / div B. Dade ("2254")
Case # 00cv2457
Judge Lenard   Mag CHS
Mstn lfp _____
Receipt # _____  Fee pd $ _____

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  **N/A**

   (b) Result  **N/A**

   (c) Date of result and citation, if known  **N/A**

   (d) Grounds raised  **N/A**

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court  **N/A**

   (2) Result  **N/A**

   (3) Date of result and citation, if known  **N/A**

   (4) Grounds raised  **N/A**

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court  **N/A**

   (2) Result  **N/A**

   (3) Date of result and citation, if known  **N/A**

   (4) Grounds raised  **N/A**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  **Eleventh Judicial Circuit, Dade County, Florida**

    (2) Nature of proceeding  **Motion Seeking Enforcement of Plea Agreement pursuant to Fla.R.Crim.P. Rule 3.850.**

    (3) Grounds raised  **Breach of plea agreement.**

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result **Summarily denied**

(6) Date of result **January 13, 1999**

(b) As to any second petition, application or motion give the same information:

(1) Name of court **N/A**

(2) Nature of proceeding **N/A**

(3) Grounds raised **N/A**

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result **N/A**

(6) Date of result **N/A**

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.       Yes ☒   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

**N/A**

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Denial of due process and equal protection of the law.__

Supporting FACTS (state *briefly* without citing cases or law) __The Petitioner entered into a plea agreement with the State in case number 95-1191C, wherein it was agreed that in the event he failed to fulfill the terms and conditions of the agreement. He would be sentenced to 9½ years State prison with a three year minimum mandatory. However, upon failing to fulfill these conditions, the Petitioner was sentenced to sixteen years nine months imprisonment. The Petitioner is entitled to the enforcement of his plea agreement.   [See attached MEMORANDUM OF LAW]__

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

D. Ground four _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __N/A__

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing __Unknown.__

    (b) At arraignment and plea __Unknown.__

(6)

AO 241 (Rev. 5/85)

    (c) At trial __Jeffrey Feiler (Public Defender)__

    (d) At sentencing __Same__

    (e) On appeal __Robert Kalter (Public Defender)__

    (f) In any post-conviction proceeding __Pro se__

    (g) On appeal from any adverse ruling in a post-conviction proceeding __Pro se__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    
    __N/A__
    
    (b) Give date and length of the above sentence: __N/A__
    
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__6-23-00__
   (date)

_____
Signature of Petitioner